UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KERVEN CHARLES,**

    **Petitioner,**

v.                                                                              Case No. 3:24-cv-466-TKW/MAF

**RICKY D. DIXON**, Secretary, Florida
Department of Corrections**,**

    **Respondent.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's amended §2254 petition should be dismissed for lack of jurisdiction because it is an unauthorized successive petition. The Court also agrees that a certificate of appealability and leave to appeal in forma pauperis should be denied.

Accordingly, it is **ORDERED** that:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's amended §2254 petition (Doc. 8) is DISMISSED for lack of jurisdiction because it is an unauthorized successive petition.

3. A certificate of appealability is DENIED.

4. Leave to appeal in forma pauperis is DENIED.

5. All pending motions are DENIED as moot.

6. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 21st day of January, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**